LEWIS N. LEVY (S.B. # 105975)
RUDY BALDERAMA (S.B. # 234602)
ADAM N. STERN (S.B. # 134090)
**LEVY, STERN & FORD**
3660 Wilshire Blvd., Suite 600
Los Angeles, CA 90010
Telephone: (213) 380-3140
Facsimile: (213) 480-3284

Attorneys for Professional Musicians Union, Local 47

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

PROFESSIONAL MUSICIANS, LOCAL 47, AMERICAN FEDERATION OF MUSICIANS, AFL-CIO,

Plaintiff/Petitioner

vs.

VALLEY MUSIC THEATER

Defendants/Respondents

2:08-cv-05262-FMC-PJWx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On August 11, 2008, Petitioner Professional Musicians, Local 47, American Federation of Musicians, AFL-CIO ("Petitioner"), filed a Petition to Confirm Arbitration Award. No opposition was filed by Respondent Valley Music Theater aka Valley Music Theatre ("Respondent"). On January 15, 2009, this Court issued its Order Confirming Arbitration Award. Said Order is attached hereto as Exhibit A.

JUDGMENT IS HEREBY ENTERED AS FOLLOWS: Respondent is ordered to comply with the Arbitration Award of June 3, 2008, in its entirety; Respondent is ordered to comply with said Award in all respects, including that: (1) Respondent shall pay to

Petitioner the sum of $47,396.97 in unpaid wages, delinquent fringe benefits contributions and liquidated damages due and owing under the terms of the Arbitration Award; (2) Respondent shall pay to the Petitioner prejudgment interest on the Award in the amount of $3,298.82; (3) Respondent shall pay to the Petitioner the sum of $10,795.50 for attorneys' fees and costs incurred by Petitioner in connection with filing and prosecuting the Petitioner's Petition to Compel, preparing and filing the Motion for Default, and preparing for and attending the court-ordered arbitration hearing; and (4) Respondent shall pay to petitioner the sum of $3,500.00 for attorneys' fees and costs incurred by Petitioner in connection with filing and prosecuting the Petition to Confirm Arbitration Award and related court filings.

**IT IS SO ORDERED.**

DATED this 5th day of February 2009.

FLORENCE-MARIE COOPER,
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3660 Wilshire Boulevard, Suite 600, Los Angeles, California 90010. I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On February 3, 2009, I served the following document(s): **[Proposed] JUDGMENT** on interested parties in this action:

Ronn Goswick
9645 Via Rimini Ave.
Burbank, CA 91504

[ ] via facsimile to:

[x] by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

---

I am "readily familiar" with the firm's practice of service of process. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct.

Executed on February 3, 2009, at Los Angeles, California.

________/s/_______________
Diane Morgenstern